SAFETY CAR HEATING & LIGHTING CO. v. GOULD COUPLER CO. (Circuit Court of Appeals, Second Circuit. November 13, 1918.) No. 34. Appeal from the District Court of the United States for the Western District of New York. Suit by the Safety Car Heating & Lighting Company against the Gould Coupler Company. From a decree for defendant (245 Fed. 755), complainant appeals. Affirmed. Emery, Booth, Janney & Varney and Randolph Parmly, all of New York City (Livingston Gifford, Robert S. Blair, and Delos G. Haynes, all of New York City, of counsel), for appellant. Kenyon & Kenyon and Richard Eyre, all of New York City, for appellee. Before WARD, HOUGH, and MANTON, Circuit Judges.

PER CURIAM. Decree affirmed.

---

SCHEIER v. UNITED STATES. (Circuit Court of Appeals, Second Circuit. November 13, 1918.) No. 9. In Error to the District Court of the United States for the Southern District of New York. Abraham Scheier was convicted of crime, and he brings error. Affirmed. S. S. Breslin, of New York City (Budd S. Weisser, of New York City, on the brief), for plaintiff in error. Francis G. Caffey, U. S. Atty., of New York City (Laurence H. Axman, of New York City, of counsel), for the United States. Before WARD, ROGERS, and HOUGH, Circuit Judges.

PER CURIAM. Judgment affirmed.

---

SCIOTO OIL CO. v. UNITED STATES et al. (Circuit Court of Appeals, Eighth Circuit. September 3, 1918.) No. 5081. Appeal from the District Court of the United States for the Western District of Oklahoma. Walter A. Ledbetter, H. L. Stuart, and R. R. Bell, all of Oklahoma City, Okl., for appellant. John A. Fain, U. S. Atty., of Lawton, Okl., and S. P. Freeling, Atty. Gen., of Oklahoma, for the United States.

PER CURIAM. Appeal dismissed, with costs, on motion of appellant.

---

UNITED STATES v. LENOIR et al. (Circuit Court of Appeals, Eighth Circuit. July 8, 1918.) No. 5175. Appeal from the District Court of the United States for the District of New Mexico. S. Burkhart, U. S. Atty., of Albuquerque, N. M., for the United States. Vaught & Watson, of Deming, N. M., for appellees.

PER CURIAM. Appeal dismissed, without costs to either party in this court, on motion of appellant.